4 So.2d 430

## John REYNOLDS v. STATE.

### 8 Div. 155.

Supreme Court of Alabama.

Oct. 30, 1941.

F. E. Throckmorton, of Tuscumbia, for petitioner.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of John Reynolds for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Reynolds v. State, 4 So.2d 429.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.